UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIGGE,<br><br>                          Plaintiff,<br><br>v.<br><br>LINCOLN MILITARY HOUSING, LLC et al,<br><br>                          Defendants.<br><br>AND ALL RELATED COUNTER AND CROSS-ACTIONS | Case No.: 23-CV-1022-CAB(WVG)<br><br>**ORDER SETTING JOINT MOTION TO DISMISS DEADLINE AND SETTLEMENT DISPOSITION CONFERENCE** |

On September 26, 2023, the Court convened a second Early Neutral Evaluatoin Conference. (Doc. No. 13.) Plaintiff Allison Knigge ("Plaintiff") and Brian C. Ellis appeared on behalf of Plaintiff. *Id.* Heidi S. Inman, Marisa J. Hirsh, and Defendant San Diego Family Housing LLC, and LMH Military Property Management LP's ("Defendants SDFH and LMH") client representative appeared on behalf of Defendant SDFH and LMH. *Id.* Timothy G. McNulty and Defendant New Way Landscape & Tree Services ("Defendant New Way") appeared on behalf of Defendant New Way. *Id.* The Parties resolved this matter entirely. *Id.*

Upon conferring with the Parties and their counsel of record, and good cause

appearing, **IT IS HEREBY ORDERED**:

1. On or before **October 2, 2023**, Defendant New Way shall provide a draft settlement agreement to Plaintiff and Defendants SDFH and LMH.

2. Plaintiff and Defendants SDFH and LMH shall review the settlement agreement and shall timely submit any changes to Defendant New Way. In the event a dispute arises regarding the terms of the settlement agreement, the parties shall meet and confer and shall promptly notify the Court of any dispute that they are not able to resolve themselves. The settlement agreement shall be executed on or before **October 9, 2023**.

3. Any terms of the settlement agreement that require action prior to the dismissal of this case shall be by completed on or before **October 30, 2023**.

4. On or before **November 6, 2023**, the Parties shall file a joint motion to dismiss this action in its entirety and with prejudice.

5. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the parties.

6. A telephonic settlement disposition conference is scheduled for **November 13, 2023**, at **9:00 a.m.** The Court will initiate the call. **On or before November 6, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to the assigned magistrate judge, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: September 26, 2023

Hon. William V. Gallo
United States Magistrate Judge